No. 2052. PEOPLE, APPELLANT, v. ECHEVARRÍA, APPELLEE. —District Court of Ponce. Decided April 18, 1923. Larceny. Considering the motion of the *Fiscal,* the appeal is considered withdrawn and the setting for hearing is canceled.

No. 2056. PEOPLE, APPELLEE, v. MARTÍNEZ, APPELLANT.— District Court of Humacao. Decided April 18, 1923. Abandonment of minors. The appeal is withdrawn.

No. 2636. BESOSA, APPELLEE, v. NORWICH UNION FIRE INSURANCE SOCIETY, LTD., APPELLANT.—First District Court of San Juan. Debt. Decided April 20, 1923. Considering the stipulation of the parties, the setting for hearing is canceled and the appeal is dismissed.